IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RECARDO GONZALES TURNER,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JERRY BROWN,<br><br>　　　　Respondent.<br>_____/ | 1:13-cv-00110-SKO (HC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254.

The federal venue statute requires that a civil action, other than an action based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C.  §  1391(b).  Moreover, in the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

///

-1-

1    Here, Petitioner is an inmate of the Salinas Valley State Prison. The majority of his allegations
2 concern conditions at his institution of confinement, which is in Monterey County, located in the
3 Northern District of California. The petition will, therefore, be transferred to the United States District
4 Court for the Northern District of California, where the petition should have been filed.
5    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
6 District Court for the Northern District of California.

9 IT IS SO ORDERED.

10 **Dated:   January 29, 2013**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

-2-